<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

</div>

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 22-cv-10295 |
| v. | ) ) ) | |
| SCHNITZER STEEL INDUSTRIES, INC.; PROLERIZED NEW ENGLAND, LLC; JOINT VENTURE OPERATIONS, INC.; PROLERIDE TRANSPORT SYSTEMS, INC.; and MAINE METAL RECYCLING, INC., | ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

<div align="center">

**RULE 7.1 DISCLOSURE OF CONSERVATION LAW FOUNDATION, INC.**

</div>

Plaintiff Conservation Law Foundation, Inc. ("CLF"), a nongovernmental corporate party to the above-captioned proceeding, has nothing to disclose pursuant to Federal Rule of Civil Procedure 7.1. CLF has no parent corporation, nor is it a corporation in which any person or entity owns stock.

<div style="margin-left: 45%;">

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorney,

*/s/ Heather A. Govern*
Heather A. Govern, Esq.
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

</div>

Dated: February 22, 2022