AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.<br>*Plaintiff*<br>v.<br>SCHNITZER STEEL INDUSTRIES, INC. et al.<br>*Defendant* | Case No.  1:22-cv-10295-AK |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants

Date:     05/19/2022

*Attorney's signature*

Peter M. Vetere (BBO# 681661)
*Printed name and bar number*

MACKIE SHEA DURNING, P.C.
20 Park Plaza, Suite 1001
Boston, MA 02116

*Address*

pvetere@mackieshea.com
*E-mail address*

(617) 266-5700
*Telephone number*

(617) 266-5237
*FAX number*