**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., )<br><br>Plaintiff )<br><br>v. )<br><br>SCHNITZER STEEL INDUSTRIES, INC.; )<br>PROLERIZED NEW ENGLAND, LLC; )<br>METALS RECYCLING, L.L.C.; JOINT )<br>VENTURE OPERATIONS, INC.; )<br>PROLERIDE TRANSPORT SYSTEMS, )<br>INC.; and MAINE METAL RECYCLING, )<br>INC., )<br><br>Defendants ) | Case No. 1:22-cv-10295-AK |

**JOINT STIPULATION AND NOTICE OF DISMISSAL OF SCHNITZER STEEL
<u>INDUSTRIES, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Conservation Law Foundation, Inc. ("CLF"), by and through its attorneys, and Defendant Schnitzer Steel Industries, Inc. ("SSI"), by and through its attorneys, hereby jointly stipulate to dismiss SSI as Defendant. This dismissal of SSI will not impact the pendency of this action against Prolerized New England, LLC., Metals Recycling, L.L.C., Joint Venture Operations, Inc., Proleride Transport Systems, Inc., and Maine Metal Recycling, Inc., against whom this action is not dismissed.

NOW, THEREFORE, CLF and SSI jointly enter this stipulation to dismiss CLF's claims against SSI, each party bearing its own costs and attorney's fees.

May 9, 2023                    *Respectfully submitted*,

1

CONSERVATION LAW FOUNDATION, INC.

By its attorneys:
*/s/ Chelsea E. Kendall*
Chelsea E. Kendall, Esq.
Massachusetts Bar No. 705513
Conservation Law Foundation, Inc.
62 Summer St.
 Boston, MA 02110
(617) 850-1792
ckendall@clf.org

Heather A. Govern, Esq.
Massachusetts Bar No. 688482
Conservation  Law  Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

SCHNITZER STEEL INDUSTRIES, INC.

By its counsel:

*/s/ Peter M. Vetere*
Peter M. Vetere (BBO# 681661)
pvetere@burnslev.com
Burns & Levinson LLP
125 High Street
Boston, MA 02110
(617) 345-3000

Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Tel: (206) 624-0900
Fax: (206) 386-7500

*s/ Beth S. Ginsberg*
Beth S. Ginsberg, Esq.
beth.ginsberg@stoel.com
Admitted Pro Hac Vice

2

*s/ Veronica M. Keithley*
Veronica M. Keithley, Esq.
veronica.keithley@stoel.com
Admitted Pro Hac Vice

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I, as counsel for Plaintiff, hereby certify that I have conferred with counsel for all Defendants on this motion and that Defendants' counsel assented to and supports this motion, which is filed at the request of all parties.

*/s/ Chelsea E. Kendall*
Chelsea E. Kendall


## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2023, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Chelsea E. Kendall*
Chelsea E. Kendall

4853-8700-6818.2